United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: February 27, 2015
Docket #: 15-464cv
Short Title: Katz v. The Donna Karan Company, L.L.C

DC Docket #: 14-cv-740
DC Court: SDNY (NEW YORK CITY)
DC Judge: Crotty

## NOTICE OF EXPEDITED APPEAL

By notice filed February 18, 2015, an appeal has been taken from a judgment/order that dismissed the complaint. The grounds of dismissal make this appeal eligible for assignment to the Court's Expedited Appeals Calendar under Local Rule 31.2 (b), and the appeal is hereby placed on that calendar.

Appellant's brief is due no later than April 3, 2015, 35 days from the date of this notice. Appellees' brief is due no later than May 8, 2015 or, 35 days from the date Appellant's brief is filed, whichever date is sooner. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8623.