*Yehuda Katz v. The Donna Karan Company, L.L.C.*
No. 15-464

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand seventeen.

Present:
>Robert A. Katzmann,
>>*Chief Judge*,
>Rosemary S. Pooler,
>Denny Chin,
>>*Circuit Judges*.

Yehuda Katz,

      *Plaintiff-Appellant*,      **CORRECTED ORDER**

v.      Docket No. 15-464

The Donna Karan Company, L.L.C., The Donna Karan Company Store, L.L.C., Donna Karan International, Incorporated,

      *Defendant-Appellee*.

Following plaintiff-appellant's letter seeking renewal of his appeal in accordance with this Court's summary order of June 30, 2016, it is hereby ORDERED that plaintiff-appellant's appeal is RENEWED and the parties shall concurrently submit letter briefs, not to exceed thirty (30) double-spaced pages, limited to the merits of the district court's dismissal under Fed. R. Civ. P. 12(b)(1), by no later than 5:00 p.m. on June 23, 2017. The parties shall then file any simultaneous reply briefs, not to exceed fourteen (14) double-spaced pages, by no later than 5:00 p.m. on July 7, 2017.

>For the Court:
>Catherine O'Hagan Wolfe,
>Clerk of Court

